■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY KIRKLAND, Appellant.—Judgment unanimously reversed on the law and new trial granted. Memorandum: County Court conducted a *Sandoval* hearing in chambers, in defendant's absence, wherein it ruled on the permissible scope of the cross-examination of defendant regarding his prior convictions. All that occurred in defendant's presence was a recitation by County Court of the decision it reached in chambers in defendant's absence.

Defendant's absence from the in-chambers *Sandoval* hearing violated his constitutional and statutory right to be present at all material stages of his trial *(see,* US Const 6th, 14th Amends; NY Const, art I, § 6; CPL 260.20; *People v Gebrosky,* 80 NY2d 995, *revg* 181 AD2d 692; *People v Beasley,* 80 NY2d 981; *People v Alexander,* 80 NY2d 801, *revg* 174 AD2d 996; *People v Dokes,* 79 NY2d 656; *People v Dean,* 188 AD2d 1082 [decided herewith]; *People v Eady,* 185 AD2d 678, *lv denied* 80 NY2d 929). The People's argument that defendant's presence at the *Sandoval* hearing would have been superfluous is unavailing *(see, People v Gebrosky, supra; People v Alexander, supra; People v Dokes, supra; People v Eady, supra; cf., People v Martorana,* 187 AD2d 975). Finally, we note that the issue is reviewable, even absent defendant's failure to object *(see, People v Gebrosky, supra; People v Dokes, supra,* at 662). (Appeal from Judgment of Monroe County Court, Marks, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.

■ ANDREW ADEMA, Plaintiff, v R.L.S. EQUIPMENT CO., INC., et al., Defendants. R.L.S. EQUIPMENT CO., INC., Third-Party Plaintiff-Respondent, v KNAPP FARMS, INC., Third-Party Defendant-Appellant.—Order unanimously affirmed with costs. Memorandum: Supreme Court properly struck the first affirmative defense to the third-party complaint and the counterclaim asserted in the third-party answer *(see,* CPLR 3211 [a] [7]; *Dole v Dow Chem. Co.,* 30 NY2d 143). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Dismiss Affirmative Defenses.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.